IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 JUL 10 A 10: 48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY, | : : : CIVIL ACTION NO. |
| Plaintiff, | : 1:07-CV-631-MHT |
| v. | : |
| PAUL V. WOOLLEY, M.D., P.C. | : |
| Defendant. | : : |

## COMPLAINT

The plaintiff, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company ("OSC"), by and through its counsel, hereby brings this Complaint against the defendant, Paul V. Woolley, M.D., P.C. ("Woolley"), and in support hereof avers as follows:

## THE PARTIES

1. ASD Specialty Healthcare, Inc. is a California corporation with its principal place of business in Texas. ASD Specialty Healthcare, Inc. operates under various d/b/a's or trade names, including Oncology Supply, which maintains an office at 2801 Horace Shepard Drive, Dothan, Alabama.

2. Upon information and belief, Woolley is a professional medical corporation with a business address of 88 Osborne Street, Johnstown, Pennsylvania 15905.

1583443 v1

## JURISDICTION AND VENUE

3. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1332(a) because (a) the plaintiff is a citizen of the State of California and the State of Alabama, (b) the defendant is a citizen of the Commonwealth of Pennsylvania, and (c) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4. The defendant is subject to personal jurisdiction in this judicial district because, inter alia, the defendant conducts business in this judicial district and has consented to jurisdiction in Alabama.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a)(2) and (a)(3) because, inter alia, a substantial part of the events or omissions giving rise to the claims asserted in this action occurred in this judicial district, and the defendant is subject to personal jurisdiction because defendant consented to the jurisdiction of this court.

## BACKGROUND

6. OSC is a supplier of medical and pharmaceutical products.

7. At all times relevant hereto, and as set forth more fully below, the defendant Woolley (a) solicited business with, (b) negotiated with, (c) had products shipped by, (d) communicated with, (e) submitted documents to, and (f) contracted with OSC in Dothan, Alabama.

8. At various times and at Woolley's request, OSC sold and delivered to Woolley, pharmaceutical and other products (the "Goods").

9. The relationship between OSC and Woolley is memorialized in an agreement (the "Agreement") dated August 7, 2003, a copy of which is attached hereto, incorporated herein and marked Exhibit "1".

10. Despite demand, Woolley has failed to make payment to OSC for the Goods.

11. As a result of Woolley's defaults, all sums owed by Woolley to OSC are immediately due and payable in full.

12. As of July 6, 2007, the outstanding obligation due to OSC from Woolley exceeded $560,065.25, plus late charges and attorneys' fees and costs, as set forth on the schedule of amount due attached hereto, incorporated herein, and marked Exhibit "2".

13. Pursuant to the terms of the Agreement, OSC is also entitled to collect interest on the principal amount at the contractual rate of eighteen per cent (18%) per annum on each outstanding invoice.

## COUNT I
## BREACH OF CONTRACT
## OSC V. WOOLLEY

14. OSC incorporates herein by this reference the allegations set forth in the foregoing paragraphs of this complaint, as though they were set forth fully and at length.

15. A valid contract and course of dealing existed between OSC and Woolley whereby, in return for OSC supplying the Goods to Woolley, Woolley would pay OSC for those Goods.

16. OSC complied with its contractual obligations by supplying the Goods to Woolley, and invoicing Woolley for payment.

17. Despite the fact that OSC sent invoices to Woolley and demanded payment for the Goods supplied, Woolley failed and refused, and continues to fail and refuse, to make payment to OSC in accordance with Woolley's obligations under the Agreement or otherwise.

18. Accordingly, Woolley has breached materially the terms of the contract between it and OSC.

19. As a result of this material breach of contract by Woolley, OSC has been damaged in an amount in excess of $560,065.25.

WHEREFORE, ASD Specialty Healthcare, Inc. d/b/a Oncology Supply Company respectfully requests the entry of a judgment in its favor and against Woolley in an amount in excess of $560,065.25, interest at the contractual rate of eighteen per cent (18%) per annum on each outstanding invoice, attorneys' fees and costs, and such other and further relief as this Court deems just.

### COUNT II
### BREACH OF ACCOUNT STATED
### OSC V. WOOLLEY

20. OSC incorporates herein by this reference the allegations set forth in the foregoing paragraphs of this complaint, as though they were set forth fully and at length.

21. Beginning in 2003, OSC had an ongoing business relationship with Woolley pursuant to which OSC sold Goods to Woolley, and Woolley paid for such Goods in accordance with the terms of various statements of account sent from OSC to Woolley.

22. OSC invoiced Woolley in a timely fashion for the Goods detailed above, which Goods were shipped at Woolley's request.

23. Woolley had an opportunity to review the relevant invoices and raise any objections regarding the accuracy of the information contained therein including, among other things, the amount stated as due.

24. Woolley has never objected to the amounts set forth in OSC's invoices.

25. Despite repeated demand, Woolley has failed to pay OSC the total amounts due as invoiced. A balance remains due.

26. As a direct and proximate result of Woolley's failure to pay its accounts as stated, OSC has been damaged in an amount in excess of $560,065.25.

WHEREFORE, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company respectfully requests the entry of a judgment in its favor and against Woolley in an amount in excess of $560,065.25, plus interest at the contractual rate of eighteen per cent (18%) per annum on each outstanding invoice, attorneys' fees and costs, and such other and further relief as this Court deems just.

## COUNT III
## UNJUST ENRICHMENT
## OSC V. WOOLLEY
## (ALTERNATIVE COUNT)

27. OSC incorporates herein by this reference the allegations set forth in the foregoing paragraphs of this complaint, as though they were set forth fully and at length.

28. OSC conferred a benefit upon Woolley, to which Woolley was not entitled, by providing Woolley with the Goods.

29. Despite repeated demand, Woolley has refused to return the Goods and/or to pay for them.

30. By accepting delivery of the Goods supplied by OSC, retaining them, and not paying OSC for them, Woolley has been unjustly enriched at OSC's expense, in an amount in excess of $560,065.25, thereby damaging OSC.

WHEREFORE, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company respectfully requests the entry of a judgment in its favor and against Woolley in an amount in excess of $560,065.25, interest at the contractual rate of eighteen per cent (18%) per annum on each outstanding invoice, attorneys' fees and costs, and such other and further relief as this Court deems just.

Respectfully submitted,

_____
Elizabeth B. Shirley
One of the attorneys for Plaintiff

**OF COUNSEL:**

**BURR & FORMAN, LLP**
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: 205-458-5100
email: bshirley@burr.com

**TO BE SERVED VIA CERTIFIED MAIL ON:**

PAUL V. WOOLLEY, M.D., P.C.
88 Osborne Street
Johnstown, Pennsylvania 15905

EXHIBIT "1"

**ONCOLOGY SUPPLY**
Put Us Into Practice

*Credit limit 300k*
*CHANNEL P*
*GM*

P.O. BOX 2001 • DOTHAN, AL 36302
Tel: (800) 633-7555 • Fax: (800) 248-8205
www.oncologysupply.com

## APPLICATION FOR NEW ACCOUNT

The following is an application for credit with ONCOLOGY SUPPLY COMPANY. Also known as creditor within the general provisions of this application.

### 1. Company Information

| Tax ID Number (required) | Firm or Corp. Name |
|---|---|
| 33-1066867 | PAUL V. WOOLLEY, M.D. PC |

| Street Address | | | | |
|---|---|---|---|---|
| 88 OSBORNE ST. | | | | |
| P.O. Box | City | (County) (required) | State | Zip |
| | JOHNSTOWN | CAMBRIA | PA | 15905 |
| Telephone Number | Fax Number | Year Established | Is business Incorporated? Yes ☒ No ☐ If so, under laws of what state? PA |
| 814 536 7510 | (814) 536-7527 | 2003 | |

Billing Address (if different from above): PO BOX 488

| City | State | Zip | Phone No | Fax No. |
|---|---|---|---|---|
| JOHNSTOWN | PA | 15907-0488 | | (814) 536-7527 |
| | | Street Address | | |

| Parent Company | | | |
|---|---|---|---|
| | | State | Zip |
| P.O. Box | City | | Title |

Full Names of Officers, Partners and/or Proprietors:

PAUL V. WOOLLEY MD — MD.

In order to determine your credit limit, please estimate your total monthly drug purchases. (Required)

Monthly Amount: $ 150,000

Does your firm use purchase order numbers? Yes ☐ No ☒
Is your business a member of a Buying Group? Yes ☐ No ☒
If so, which Buying Group?
Type of Business: _____ (i.e. physician, hospital, etc.)

### 2. Bank References

| Bank Name | | Account # | Contact |
|---|---|---|---|
| FIRST COMMONWEALTH BANK 8th WARD OFFICE | | 7110083638 | GARY PLATT |
| Address | City | State | Zip | Phone |
| FRANKLIN STREET | JOHNSTOWN | PA | 15905 | 814 533 6804 |

### 3. Credit References

| Company Name | Contact | | | Phone |
|---|---|---|---|---|
| Address | City | State | Zip | Fax |
| Company Name | Contact | | | Phone |
| Address | City | State | Zip | Fax |

**State license & DEA permit required for all accounts**
*(Please be advised: Ship to address must match address on your DEA certificate for contract identification.)*

Case 1:07-cv-00631-MHT-SRW   Document 1-2   Filed 07/10/2007   Page 2 of 4

## Credit Application Page Two

### Please review, sign, and return the acknowledgment pages along with this application.

This application and the information contained herein is a request for the extension of credit for commercial business use only and applicant certifies that the firm he represents is doing business as a: (please check one)
**Corporation ☒, Partnership ☐ or Sole Proprietorship ☐.**

The applicant authorized the above named creditor to obtain written or oral credit reports from any credit reporting agency. The applicant further authorizes any bank or commercial business with whom the applicant is doing or has done any business with to give any and all necessary information to the creditor which will assist creditor in the credit investigation. The applicant further authorizes the creditor to reinvestigate the applicants' credit status from time to time as the creditor deems necessary and should creditor upon such reinvestigation deem it necessary to limit or terminate the credit arrangement with applicant, said applicant shall be notified in writing as to any adverse action. Upon approval of this application for credit, said applicant will be notified in writing along with the creditor's terms of sale and should applicant at some future time deviate from the creditor's terms of sale, said creditor reserves the right to terminate future extension of credit with applicant.

#### Important

If credit is extended, I (we) agree to pay Creditor all debts incurred within creditor's terms of sale. I (we) expressly waive all right of exemption under the constitution and laws of the State of Alabama and any other state, as to personal property and I (we) agree to pay all costs of collection or attempting to collect or secure any and all debts which I (we) now owe or which I (we) may in the future owe creditors for goods sold to me (us) or for services rendered including a reasonable attorney's fee on the unpaid debt so long as any of said indebtedness is due and unpaid, and I consent and agree to the jurisdiction of the laws of the State of Alabama governing the collection of any and all debts. I also agree to pay a FINANCE CHARGE OF 1.5% PERCENT PER MONTH(ANNUAL PERCENTAGE OF 18%) on any unpaid past due balance. Creditor is hereby authorized to deliver goods or perform services for the following at my (our) request and charge same to my (our) account and this shall continue until written notice to the contrary is given and accepted, which acceptance shall be evidenced by signature of creditor.

Applicant's Signature: [signature]    Title: MD

Applicant's Signature: _____    Title: _____

Witness my (our) hand(s) this the _7_ day of _AUGUST_, _2003_

Witness: [signature]    Date: _8/7/03_

**Please forward a copy of your current physician state license and your current DEA registration. Failure to do so will delay shipping of any pending orders. Copies may be faxed. Ship to address must match your DEA.**

This is a federal requirement.    NEED COPIES

State Physicians' License #: _MD046527L_    Exp. Date: _12/31/04_
DEA Form #: _AW6880113_    Exp. Date: _5/31/04_

You can now pay us electronically using a touch tone phone through our Customer Initiated Payment System (CIPS). CALL ACCOUNTING DEPARTMENT FOR MORE DETAILS. All of the above information is for file purposes only and will be held in strictest confidence.

For Office Use Only:

# Credit Application Page Three

**1. PROPRIETOR AUTHORIZATION**

By signing this Application, I authorize Oncology Supply Company or its agent to investigate my personal credit and financial records including my banking records. As part of this investigation, I authorize Oncology Supply to request and obtain a consumer credit report on me in connection with the opening, monitoring, renewal and extension of this and other accounts with Oncology Supply and the marketing of other products and services to me and my business by Oncology Supply. I further authorize Oncology Supply to share the information received from my consumer credit report with Oncology Supply's parent, subsidiaries, and affiliates. If I request, you will tell me whether my consumer credit report was requested and, if so, the name and address of the consumer credit reporting agency that furnished the report.

| First Name | Initial | Last Name | Social Security Number |
|---|---|---|---|
| PAUL | V | WOOLLEY | 368 38 2461 |
| Present Home Address | | | Home Phone Number |
| 620 DIAMOND BLVD. | | | 814 255 7342 |
| City | State | | Zip |
| JOHNSTOWN | PA | | 15905 |
| Authorized Signature | | | Date |
| [signature] | | | 8/7/03 |

(If you wish to inquire upon multiple owners, you must have authorized access for each individual)

| First Name | Initial | Last Name | Social Security Number |
|---|---|---|---|
| | | | |
| Present Home Address | | | Home Phone Number |
| | | | |
| City | State | | Zip |
| | | | |
| Authorized Signature | | | Date |
| | | | |

Please note that if we are unable to obtain a satisfactory credit report on you or your business, we may require a proprietor guarantee to be signed before a credit line can be established.

EXHIBIT "2"

60016

| ID | Invoice # | Order Date | Po/Ref # | Due Date | DBT | Invoice Amount | Date Pymt Posted | Amt Posted | Balance Due | Inv w/Interest | As On Date | Account # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 130 | 11543523 | 9/25/2006 |  | 12/9/2006 | 209 | $ 34,764.34 | 5/22/2007 | $ (204.52) | $ 34,559.82 | $ 38,817.32 | 7/6/2007 | 60016 |
| 130 | 11564806 | 10/10/2006 |  | 12/24/2006 | 194 | $ 18,497.53 |  | $ - | $ 18,497.53 | $ 20,291.79 | 7/6/2007 | 60016 |
| 130 | 11566821 | 10/11/2006 |  | 12/25/2006 | 193 | $ 12,259.80 |  | $ - | $ 12,259.80 | $ 13,442.87 | 7/6/2007 | 60016 |
| 130 | 11568752 | 10/12/2006 |  | 12/26/2006 | 192 | $ 5,998.05 |  | $ - | $ 5,998.05 | $ 6,573.86 | 7/6/2007 | 60016 |
| 130 | 11573510 | 10/16/2006 |  | 12/30/2006 | 188 | $ 5,674.12 |  | $ - | $ 5,674.12 | $ 6,207.49 | 7/6/2007 | 60016 |
| 130 | 11574535 | 10/17/2006 | Woole | 12/31/2006 | 187 | $ 4,717.00 |  | $ - | $ 4,717.00 | $ 5,158.04 | 7/6/2007 | 60016 |
| 130 | 11576544 | 10/18/2006 |  | 1/1/2007 | 186 | $ 18,074.83 |  | $ - | $ 18,074.83 | $ 19,755.79 | 7/6/2007 | 60016 |
| 130 | 11578520 | 10/19/2006 |  | 1/2/2007 | 185 | $ 4,232.25 |  | $ - | $ 4,232.25 | $ 4,623.73 | 7/6/2007 | 60016 |
| 130 | 11580423 | 10/20/2006 |  | 1/3/2007 | 184 | $ 5,312.97 |  | $ - | $ 5,312.97 | $ 5,801.76 | 7/6/2007 | 60016 |
| 130 | 11582171 | 10/23/2006 |  | 1/6/2007 | 181 | $ 7,393.35 |  | $ - | $ 7,393.35 | $ 8,062.45 | 7/6/2007 | 60016 |
| 130 | 11584137 | 10/24/2006 |  | 1/7/2007 | 180 | $ 6,710.21 |  | $ - | $ 6,710.21 | $ 7,314.13 | 7/6/2007 | 60016 |
| 130 | 11586173 | 10/25/2006 |  | 1/8/2007 | 179 | $ 3,380.34 |  | $ - | $ 3,380.34 | $ 3,682.88 | 7/6/2007 | 60016 |
| 130 | 11588150 | 10/26/2006 |  | 1/9/2007 | 178 | $ 5,072.47 |  | $ - | $ 5,072.47 | $ 5,523.92 | 7/6/2007 | 60016 |
| 130 | 11591892 | 10/30/2006 | Woole | 1/13/2007 | 174 | $ 10,698.23 |  | $ - | $ 10,698.23 | $ 11,628.98 | 7/6/2007 | 60016 |
| 130 | 11593960 | 10/31/2006 |  | 1/14/2007 | 173 | $ 13,103.05 |  | $ - | $ 13,103.05 | $ 14,236.46 | 7/6/2007 | 60016 |
| 130 | 11596312 | 11/1/2006 |  | 1/15/2007 | 172 | $ 16,839.71 |  | $ - | $ 16,839.71 | $ 18,287.93 | 7/6/2007 | 60016 |
| 130 | 11598153 | 11/2/2006 |  | 1/16/2007 | 171 | $ 6,664.53 |  | $ - | $ 6,664.53 | $ 7,234.35 | 7/6/2007 | 60016 |
| 130 | 11604257 | 11/7/2006 |  | 1/21/2007 | 166 | $ 13,948.23 |  | $ - | $ 13,948.23 | $ 15,105.93 | 7/6/2007 | 60016 |
| 130 | 11606367 | 11/8/2006 |  | 1/22/2007 | 165 | $ 3,741.99 |  | $ - | $ 3,741.99 | $ 4,050.70 | 7/6/2007 | 60016 |
| 130 | 11608397 | 11/9/2006 |  | 1/23/2007 | 164 | $ 5,225.45 |  | $ - | $ 5,225.45 | $ 5,653.94 | 7/6/2007 | 60016 |
| 130 | 11610214 | 11/10/2006 |  | 1/24/2007 | 163 | $ 2,692.08 |  | $ - | $ 2,692.08 | $ 2,911.48 | 7/6/2007 | 60016 |
| 130 | 11612050 | 11/13/2006 |  | 1/27/2007 | 160 | $ 19,423.02 |  | $ - | $ 19,423.02 | $ 20,976.86 | 7/6/2007 | 60016 |
| 130 | 11613960 | 11/14/2006 |  | 1/28/2007 | 159 | $ 12,132.59 |  | $ - | $ 12,132.59 | $ 13,097.13 | 7/6/2007 | 60016 |
| 130 | 11616512 | 11/15/2006 |  | 1/29/2007 | 158 | $ 5,542.94 |  | $ - | $ 5,542.94 | $ 5,980.83 | 7/6/2007 | 60016 |
| 130 | 11618548 | 11/16/2006 |  | 1/30/2007 | 157 | $ 6,781.90 |  | $ - | $ 6,781.90 | $ 7,314.28 | 7/6/2007 | 60016 |
| 130 | 11622495 | 11/20/2006 |  | 2/3/2007 | 153 | $ 7,988.71 |  | $ - | $ 7,988.71 | $ 8,599.85 | 7/6/2007 | 60016 |
| 130 | 11624851 | 11/21/2006 |  | 2/4/2007 | 152 | $ 13,987.04 |  | $ - | $ 13,987.04 | $ 15,050.06 | 7/6/2007 | 60016 |
| 130 | 11626575 | 11/22/2006 |  | 2/5/2007 | 151 | $ 5,706.99 |  | $ - | $ 5,706.99 | $ 6,137.87 | 7/6/2007 | 60016 |
| 130 | 11628256 | 11/27/2006 |  | 2/10/2007 | 146 | $ 7,648.47 |  | $ - | $ 7,648.47 | $ 8,206.81 | 7/6/2007 | 60016 |
| 130 | 11628257 | 11/27/2006 |  | 2/10/2007 | 146 | $ 10,765.00 |  | $ - | $ 10,765.00 | $ 11,550.85 | 7/6/2007 | 60016 |
| 130 | 11629009 | 11/27/2006 |  | 2/10/2007 | 146 | $ 2,004.81 |  | $ - | $ 2,004.81 | $ 2,151.16 | 7/6/2007 | 60016 |
| 130 | 11630726 | 11/28/2006 |  | 2/11/2007 | 145 | $ 14,609.78 |  | $ - | $ 14,609.78 | $ 15,668.99 | 7/6/2007 | 60016 |
| 130 | 11633151 | 11/29/2006 |  | 2/12/2007 | 144 | $ 20,300.13 |  | $ - | $ 20,300.13 | $ 21,761.74 | 7/6/2007 | 60016 |
| 130 | 11635162 | 11/30/2006 |  | 2/13/2007 | 143 | $ 14,830.13 |  | $ - | $ 14,830.13 | $ 15,890.48 | 7/6/2007 | 60016 |
| 130 | 11638722 | 12/4/2006 |  | 2/17/2007 | 139 | $ 10,111.39 |  | $ - | $ 10,111.39 | $ 10,814.15 | 7/6/2007 | 60016 |
| 130 | 11640417 | 12/5/2006 |  | 2/18/2007 | 138 | $ 2,901.46 |  | $ - | $ 2,901.46 | $ 3,101.66 | 7/6/2007 | 60016 |
| 130 | 11640709 | 12/5/2006 | RB 11604257 | 2/18/2007 | 138 | $ 1,088.05 |  | $ - | $ 1,088.05 | $ 1,163.13 | 7/6/2007 | 60016 |
| 130 | 11641380 | 12/5/2006 | RB 11606367 | 2/18/2007 | 138 | $ 11,720.21 |  | $ - | $ 11,720.21 | $ 12,528.90 | 7/6/2007 | 60016 |
| 130 | 11642194 | 12/5/2006 | RB 11604257 | 2/18/2007 | 138 | $ 2,176.10 |  | $ - | $ 2,176.10 | $ 2,326.25 | 7/6/2007 | 60016 |
| 130 | 11643780 | 12/6/2006 |  | 2/19/2007 | 137 | $ 3,721.40 |  | $ - | $ 3,721.40 | $ 3,976.19 | 7/6/2007 | 60016 |

60016

| ID | Invoice # | Order Date | Po/Ref # | Due Date | DBT | Invoice Amount | Date Pymt Posted | Amt Posted | Balance Due | Inv w/Interest | As On Date | Account # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 130 | 11645916 | 12/7/2006 | | 2/20/2007 | 136 | $ 4,513.21 | | $ - | $ 4,513.21 | $ 4,820.11 | 7/6/2007 | 60016 |
| 130 | 11649431 | 12/11/2006 | | 2/24/2007 | 132 | $ 8,145.77 | | $ - | $ 8,145.77 | $ 8,683.39 | 7/6/2007 | 60016 |
| 130 | 11651583 | 12/12/2006 | | 2/25/2007 | 131 | $ 9,110.61 | | $ - | $ 9,110.61 | $ 9,707.35 | 7/6/2007 | 60016 |
| 130 | 11653796 | 12/12/2006 | | 2/26/2007 | 130 | $ 11,778.36 | | $ - | $ 11,778.36 | $ 12,543.95 | 7/6/2007 | 60016 |
| 130 | 11655085 | 12/13/2006 | | 2/26/2007 | 130 | $ 493.90 | | $ - | $ 493.90 | $ 526.00 | 7/6/2007 | 60016 |
| 130 | 11655982 | 12/14/2006 | Woole | 2/27/2007 | 129 | $ 9,039.46 | | $ - | $ 9,039.46 | $ 9,622.51 | 7/6/2007 | 60016 |
| 130 | 11660033 | 12/18/2006 | | 3/3/2007 | 125 | $ 7,050.00 | | $ - | $ 7,050.00 | $ 7,490.63 | 7/6/2007 | 60016 |
| 130 | 11662216 | 12/19/2006 | | 3/4/2007 | 124 | $ 9,385.48 | | $ - | $ 9,385.48 | $ 9,967.38 | 7/6/2007 | 60016 |
| 130 | 11666279 | 12/21/2006 | | 3/6/2007 | 122 | $ 5,895.76 | | $ - | $ 5,895.76 | $ 6,255.40 | 7/6/2007 | 60016 |
| 130 | 11669134 | 12/26/2006 | | 3/11/2007 | 117 | $ 10,550.72 | | $ - | $ 10,550.72 | $ 11,167.94 | 7/6/2007 | 60016 |
| 130 | 11671003 | 12/27/2006 | | 3/12/2007 | 116 | $ 4,038.67 | | $ - | $ 4,038.67 | $ 4,272.91 | 7/6/2007 | 60016 |
| 130 | 11672993 | 12/28/2006 | | 3/13/2007 | 115 | $ 8,430.71 | | $ - | $ 8,430.71 | $ 8,915.48 | 7/6/2007 | 60016 |
| 130 | 11675361 | 12/29/2006 | | 3/14/2007 | 114 | $ 1,038.43 | | $ - | $ 1,038.43 | $ 1,097.62 | 7/6/2007 | 60016 |
| 130 | 11676802 | 1/2/2007 | WOOLE | 3/18/2007 | 110 | $ 2,213.08 | | $ - | $ 2,213.08 | $ 2,334.80 | 7/6/2007 | 60016 |
| 130 | 11676803 | 1/2/2007 | | 3/18/2007 | 110 | $ 7,712.93 | | $ - | $ 7,712.93 | $ 8,137.14 | 7/6/2007 | 60016 |
| 130 | 11679070 | 1/3/2007 | | 3/19/2007 | 109 | $ 21,363.74 | | $ - | $ 21,363.74 | $ 22,528.06 | 7/6/2007 | 60016 |
| 130 | 11679071 | 1/3/2007 | | 3/19/2007 | 109 | $ 2,176.10 | | $ - | $ 2,176.10 | $ 2,294.70 | 7/6/2007 | 60016 |
| 130 | 11681481 | 1/4/2007 | | 3/20/2007 | 108 | $ 5,987.31 | | $ - | $ 5,987.31 | $ 6,310.62 | 7/6/2007 | 60016 |
| 130 | 11683076 | 1/5/2007 | RB 11676803 | 3/21/2007 | 107 | $ 561.00 | | $ - | $ 561.00 | $ 591.01 | 7/6/2007 | 60016 |
| 130 | 11685559 | 1/8/2007 | | 3/24/2007 | 104 | $ 849.02 | | $ - | $ 849.02 | $ 892.17 | 7/6/2007 | 60016 |
| 130 | 11687641 | 1/9/2007 | | 3/25/2007 | 103 | $ 11,305.73 | | $ - | $ 11,305.73 | $ 11,883.98 | 7/6/2007 | 60016 |
| | | | | | | | | | $ 519,876.12 | $ 560,065.25 | | |