IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PAUL V. WOOLLEY, M.D., P.C.<br><br>Defendants. | Civil Action No:<br><br>1:07-CV-631-MHT |

RECEIVED
2007 JUL 10 A 10: 48
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF ASD SPECIALTY HEALTHCARE, INC., D/B/A/ ONCOLOGY SUPPLY COMPANY**

**COMES NOW** plaintiff ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company, by and through its counsel, and states that:

1. Pursuant to Fed. R. Civ. P. 7.1, the only publicly held corporation that owns more than 10% of plaintiff's stock is AmerisourceBergen Corporation.

2. In accordance with the Middle District of Alabama's Order No. 00-3047, the following disclosure is made concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or other similar entities that could potentially pose a financial or professional conflict for a judge: AmerisourceBergen Corporation.

Respectfully submitted,

Elizabeth B. Shirley
One of the attorneys for Plaintiff

1583603 v1

**OF COUNSEL:**

**BURR & FORMAN, LLP**
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: 205-458-5100
email: bshirley@burr.com

**TO BE SERVED VIA CERTIFIED MAIL ON:**

PAUL V. WOOLLEY, M.D., P.C.
88 Osborne Street
Johnstown, Pennsylvania 15905