# In the United States District Court
# For the Middle District of Alabama

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY, )<br><br>Plaintiff(s), )<br><br>v. )<br><br>PAUL V. WOOLLEY, M.D., P.C., )<br><br>Defendant(s). ) | **SUMMONS**<br><br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)<br><br>CIVIL ACTION CASE NUMBER:<br><br>1:07-CV-631-MHT |

TO DEFENDANT         Paul V. Woolley, M.D., P.C.
                     88 Osborne Street
                     Johnstown, Pennsylvania 15905

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Elizabeth B. Shirley, Burr & Forman LLP
420 North 20th Street, Suite 3400 Wachovia Tower
Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 7/12/07

<u>SEE REVERSE SIDE FOR RETURN</u>

*Debra P. Hackett*
_____, CLERK

By [signature]

Deputy Clerk
(SEAL OF COURT)

NOTE:  A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

1562047 v1