**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul V. Woolley, M.D., P.C.
88 Osborne Street
Johnstown, Pennsylvania 15905

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kathy Smay_  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)
KATHY SMAY

C. Date of Delivery
7-16-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1:07CV 631
S+C

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 2150 0003 5455 1747

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540