IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PAUL V. WOOLLEY, M.D., P.C.<br><br>Defendant. | CIVIL ACTION<br><br>1:07-CV-0631  (MHT) |

## STIPULATED ORDER FOR JUDGMENT

The parties hereto, by and through their authorized representatives, stipulate and agree as follows:

1. The defendant Paul V. Woolley, M.D., P.C. consents to the entry of a judgment in this action, in favor of the Plaintiff and against Paul V. Woolley, M.D., P.C. in the principal amount of $519,632.12, plus interest at the annual rate of eighteen per cent (18%) thereon and after the date hereof until payment of the judgment in full.

PHIL1 755494-1

STIPULATED AND AGREED TO WITH AUTHORITY SO TO DO:

BURR & FORMAN, LLP

By: /s/
Elizabeth B. Shirley, Esquire
3400 Wachovia Tower
Birmingham, AL 35202
(205) 251-3000
Attorneys for the Plaintiff

PAUL V. WOOLLEY, M.D., P.C.

By: Paul V Woolley MD, President,
(Name)
(Title) for Paul Woolley, MD, PC

The Defendant

SO ORDERED AND APPROVED:

THE CLERK IS HEREBY DIRECTED TO ENTER A JUDGMENT IN FAVOR OF THE PLAINTIFF AND AGAINST THE DEFENDANT IN ACCORDANCE WITH THE TERMS OF THIS STIPULATED ORDER.

This ____ day of _____, 2007 at _____ o'clock __.m.

BY THE COURT:

_____
HON. MYRON H. THOMPSON, UNITED
STATES DISTRICT COURT JUDGE

PHIL1 755494-1