IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ASD SPECIALTY HEALTHCARE,   )
INC., d/b/a ONCOLOGY        )
SUPPLY COMPANY,             )
                            )
    Plaintiff,              )
                            )     CIVIL ACTION NO.
    v.                      )       1:07cv631-MHT
                            )           (WO)
PAUL V. WOOLLEY,            )
M.D., P.C.,                 )
                            )
    Defendant.              )
```

### JUDGMENT

In accordance with the stipulation (Doc. No. 7), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

 (1) Judgment is entered in favor of plaintiff ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company, and against defendant Paul V. Woolley, M.D., P.C.

(2) Plaintiff ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company shall have and recover from defendant Woolley the principal amount of $ 519,632.12, plus interest at the annual rate of 18 % thereon and after the date hereof until payment of the judgment in full.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 20th day of December, 2007.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**